*1292 WALLACH, Circuit Judge,
concurring,
I concur entirely with the majority’s opinion, but write to briefly address the honor of our profession as attorneys. In the law, as in life, it is best if one’s conduct is such that when accused of malefaction, the community responds as one that “Ms. or Mr._simply doesn’t act that way,” The standard is always aspirational for we are human, but if we do not strive to reach- it, then perhaps we ought to consider that the game’s not worth the candle.
Ms. Rutherford’s conduct failed to meet minimal standards necessary to preserve public confidence in the legal system, and for that, she and others paid a price; That does not mean, however, that she should not, as a member of what is supposed to be an honorable profession, have held herself to a higher standard.